UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
JDM LONG ISLAND LLC,                                                    :
                                                                        :
                    Plaintiff,                              :   No. 10-cv-05564-JS-AKT
                                                                        :
                - against –                                      :
                                                                        :   **DECLARATION OF**
BANK OF AMERICA, N.A., as successor trustee                             :   **ROBERT J. LACK**
for the registered holders of LB-UBS Commercial                         :
Mortgage Trust 2006-C7,                                                 :
                                                                        :
                    Defendant.                              :
                                                                        :
------------------------------------------------------------------------x

        ROBERT J. LACK declares, pursuant to 28 U.S.C. § 1746, as follows:

        1.     I am a member of the bar of this Court and a member of Friedman Kaplan Seiler & Adelman LLP, attorneys for defendant Bank of America, N.A., as successor trustee for the registered holders of LB-UBS Commercial Mortgage Trust 2006-C7, Commercial Mortgage Pass-Through Certificates, Series 2006-C7 ("Defendant").  I submit this declaration to place before the Court certain documents relevant to Defendant's opposition to plaintiff JDM Long Island LLC's motion for abstention-based remand.

        2.     A true and correct copy of the Collection and Disbursement Agreement, made as of October 13, 2006, is annexed hereto as Exhibit A.

        3.     A true and correct copy of Section 17.1 of the Mortgage, Assignment of Leases and Rents, Security Agreement, and Fixture Filing (the "Mortgage"), dated October 13, 2006, is annexed hereto as Exhibit B.

951357.3

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2011.

                                                s/ Robert J. Lack
                                                Robert J. Lack