UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
JDM LONG ISLAND LLC, :
:
:
                            Plaintiff, :
:
              - against – :
:  No. 10-cv-05564-JS-AKT
U.S. BANK NATIONAL ASSOCIATION, as Trustee, :
as successor-in-interest to Bank of America, N.A., as :
successor trustee for the registered holders of LB-UBS :
Commercial Mortgage Trust 2006-C7, Commercial :
Mortgage Pass-Through Certificates, Series 2006-C7, :
:
                          Defendant. :
------------------------------------------------------------------------x
:
U.S. BANK NATIONAL ASSOCIATION, as :
Trustee, as successor-in-interest to Bank of America, :
N.A., as successor trustee for the registered holders of :
LB-UBS Commercial Mortgage Trust 2006-C7, :  **NOTICE  OF CHANGE**
Commercial Mortgage Pass-Through Certificates, :  **OF ADDRESS**
Series 2006-C7, :
:
                     Counterclaim Plaintiff, :
:
             - against – :
:
TOWN OF HEMPSTEAD INDUSTRIAL :
DEVELOPMENT AGENCY; JDM LONG ISLAND :
LLC; JOSEPH MOINIAN; DAVID MOINIAN; THE :
PEOPLE OF THE STATE OF NEW YORK, :
VILLAGE OF HEMPSTEAD; EAST COAST :
PETROLEUM, INC.; BAGNATO REALTY :
SERVICES, LLC (d/b/a NAI LONG ISLAND); THE :
PEOPLE OF THE STATE OF NEW YORK; :
"JOHN DOE"; "MARY ROE"; and "XYZ :
CORPORATION" (the last three names being :
fictitious but intended to designate tenants residing at :
or persons having an interest in the premises described :
in the Complaint herein), :
:
                   Counterclaim Defendants. :
------------------------------------------------------------------------x

969092.1

PLEASE TAKE NOTICE that effective March 28, 2011, Robert J. Lack of the firm Friedman Kaplan Seiler & Adelman LLP moved to 7 Times Square, New York, NY 10036-6516.

Dated: New York, New York
       March 28, 2011

        FRIEDMAN KAPLAN SEILER &
          ADELMAN LLP

        /s/ Robert J. Lack
        Robert J. Lack (rlack@fklaw.com)
        7 Times Square
        New York, NY 10036-6516
        (212) 833-1100

*Attorneys for Defendant and Counterclaim Plaintiff U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor trustee for the registered holders of LB-UBS Commercial Mortgage Trust 2006-C7, Commercial Mortgage Pass-Through Certificates, Series 2006-C7*