# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS*
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*▲†
MATTHEW E. HEARLE

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
STEPHEN BORDANARO
DANIEL J. SLATZ
AUBREY E. RICCARDI*
GIL NAHMIAS
GERALD BUKARY
RANDI K. STEMPLER†
DOROTHY A. GALVIN†
DOV BRANDSTATTER
MATTHEW J. LAMBERT
ELI RAIDER
SERGIO J. TUERO*
CHRISTOPHER R. CLARKE
J T HUTCHENS
ANNYROSE PAHL

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

MARK E. KAUFMAN
DAVID GALANTER
LEWIS KUPER
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR

April 26, 2011

**(Via ECF only)**
Honorable A. Kathleen Tomlinson
Magistrate Judge, U.S. District Court
Alfonse D'Amato Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

      Re:    **JDM Long Island LLC v. Bank of America, N.A.**
                  **Civil Action No.:10-CV-5564**

Dear Judge Tomlinson:

     I appeared before Your Honor in the above matter yesterday. In reviewing your civil conference minute order, I saw that there is a notation that Joseph Moinian and David Moinian did not appear as counterclaim defendants. The Moinians are principals of JDM Long Island LLC ("JDM"), and I previously submitted a reply to the counterclaim on behalf of JDM, Joseph Moinian and David Moinian on March 14, 2011 (ECF#26).

     In making my appearance yesterday, I should have expressly noted my representation of the Moinians in conjunction with JDM, and I apologize for any confusion this may have caused.

Honorable A. Kathleen Tomlinson
Civil Action No.:10-CV-5564
April 26, 2011
Page Two

      Accordingly for all further purposes it should be referenced that my firm and I represent JDM and the Moinians on the counterclaims. Indeed, the Case Management and Scheduling Order contemplates discovery in connection with the claims against the Moinians.

                              Respectively yours,

                              Kevin J. Nash, Esq.

Cc:    Jeffrey Wang, Esq. (Via ECF only)
        Debra Ann Urbano-DiSalvo, Esq. (Via ECF only)