# Friedman Kaplan Seiler & Adelman LLP

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1175

WRITER'S DIRECT FAX
(212) 373-7975

E-MAIL
JWANG@FKLAW.COM

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
JEFFREY C. FOURMAUX
CHAD M. LEICHT
JASON C. RUBINSTEIN
MICHAEL A. GORDON
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
JESSICA RICHMAN SMITH
TIMOTHY M. HAGGERTY
PHILIP A. WELLNER
AMY K. PENN
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR

May 13, 2011

By ECF

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza
Central Islip, NY 11722-9014

    Re:   *JDM Long Island LLC v. U.S. Bank N.A., as Trustee;*
            *U.S. Bank N.A., as Trustee v. Town of Hempstead IDA, et al.,*
            No. 10-cv-05564-JS-AKT

Dear Judge Tomlinson:

      This firm represents defendant and counterclaim plaintiff U.S. Bank N.A. ("U.S. Bank") in the above-referenced action. Pursuant to Your Honor's April 25, 2011 Initial Conference Minute Order, the plaintiff and defendant have conferred regarding a method for production of ESI, and I write on behalf of both of these parties to inform the Court that the parties have agreed to the following protocol:

> Documents shall be produced as single-page, Bates-endorsed, black and white, Group IV, 300 DPI Tagged Image File Format ("TIFF") images. All document productions shall include an Opticon image cross-reference file ("OPT") denoting the document breaks and a Concordance database load file ("DAT") containing the fields BEGBATES, ENDBATES, BEGATTACH, ENDATTACH, DATESENT, TIMESENT, TO, FROM, CC, BCC, SUBJECT, CREATEDATE, CREATETIME, MODDATE, MODTIME, and DOCTITLE. Document-level extracted text files shall be provided for all documents. For any document that does not contain extracted text, OCR shall be provided. All text files shall be

987367.1

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Honorable A. Kathleen Tomlinson     - 2 -     May 13, 2011

named as the first page of the Bates number. Each party reserves the right to request any native file in the event the TIFF file is rendered unreadable. Notwithstanding any of the foregoing, the parties reserve the right to make paper copies of any email or other electronic documents and separately Bates-stamp the paper copies individually, provided that the producing party will then also produce the native electronic files of such email or other electronic documents.

Respectfully,

Jeffrey R. Wang

cc:     Kevin J. Nash, Esq. (by e-mail and ECF)

987367.1