**Wayne J. Hall Sr., Mayor**

MARYELLEN HILLMANN, Village Clerk
DEBRA URBANO-DISALVO, Village Attorney



HENRY CONYERS, Trustee
PERRY M. PETTUS, Trustee
DON RYAN, Trustee
LIVIO A. ROSARIO, Trustee

May 16, 2011

Hon. Joanna Seybert
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

Re: JDM Long Island LLC v.
U.S. Bank National Association
Case Number: 2:10-cv-05564-JS-AKT

Dear Judge Seybert:

I am forwarding this letter to you following my telephone conversation this date with Mr. Charles J. Baran of your office.

The Incorporated Village of Hempstead has been named a Counterclaim Defendant by U.S. Bank National Association in order "to extinguish all right, title and interest" in connection with a $500.00 judgment filed in the Village Court against plaintiff, JDM Long Island and the mortgaged property, which is the subject of this litigation (§9, "Answer and Verified Counterclaim.")

It is my understanding that a conference is tentatively scheduled for May 18 involving this Court concerning an Order to Show Cause to Appoint a Receiver for this property. This Village has no opinion regarding the merits of this proposed appointment and, unless we are otherwise directed by this Court, we do not plan to appear for said conference. Thank you.

Very truly yours,

Herbert J. Tamres
Deputy Village Attorney

H:\Tamres\Foreclosure Answer\JDM Long Island v. U.S. Bank\Ltr to court 5-16-11.doc

THE INCORPORATED VILLAGE OF HEMPSTEAD    99 NICHOLS COURT    P.O. BOX 32    HEMPSTEAD, NY 11551-0032
(516) 478-6429    FAX (516) 478-6711