## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG

7 TIMES SQUARE
NEW YORK, NY 10036-6516
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1175

WRITER'S DIRECT FAX
(212) 373-7975

E-MAIL
JWANG@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
JEFFREY C. FOURMAUX
CHAD M. LEICHT
JASON C. RUBINSTEIN
MICHAEL A. GORDON
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
JESSICA RICHMAN SMITH
TIMOTHY M. HAGGERTY
PHILIP A. WELLNER
AMY K. PENN
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR

May 18, 2011

BY ECF

The Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza
Central Islip, NY 11722

   Re: *JDM Long Island LLC v. U.S. Bank N.A., as Trustee*;
     *U.S. Bank N.A., as Trustee v. Town of Hempstead IDA, et al.*,
     No. 10-cv-05564-JS-AKT

Dear Judge Seybert:

   This firm represents defendant and counterclaim plaintiff U.S. Bank N.A. in the above-referenced action. We have spoken with LIPA and National Grid, who have agreed that LIPA and National Grid will not discontinue service to the premises at 175 Fulton Avenue, Hempstead, New York 11550 pending the appointment of a receiver for the property and a reasonable period of time thereafter (at least 10 business days) to work out a payment agreement with the receiver with respect to the amounts owed. As a result of this agreement, we have agreed to strike the proposed paragraph on page 8 of the proposed Order on Consent that states:

> **ORDERED**, that all utility companies (including but not limited to the Long Island Power Authority ("LIPA") and National Grid) and other persons or entities doing business with plaintiff-counterclaim defendant with respect to the premises are restrained from discontinuing service to the premises without further order of this Court; and it is further

987993.1

Friedman Kaplan Seiler & Adelman LLP

Honorable Joanna Seybert - 2 - May 18, 2011

    In light of this agreement, counsel for LIPA and National Grid has informed me that they support the entry of the proposed Order on Consent Appointing Receiver in Mortgage Foreclosure Action.

                    Respectfully,

                    /s/ Jeffrey R. Wang
                    Jeffrey R. Wang

cc: Kevin J. Nash, Esq. (by e-mail)
   Elisa M. Pugliese, Esq. (counsel for LIPA and National Grid) (by e-mail)

987993.1