| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 6/28/11<br>11:00 AM |

*JDM Long Island -v- Bank of America,* **CV-10-5564 (JS) (AKT)**

TYPE OF CONFERENCE:     **TELEPHONE CONFERENCE**

APPEARANCES:     Plaintiff          Kevin J. Nash

                 Defendant       Jeffrey R. Wang (U.S. Bank National Assoc.)

Counterclaim Defendants:     Town of Hempstead IDA – (excused)
                             Kevin Nash (Joseph and David Moinian)
                             Debra A. Urbano-DiSalvo (Village of Hempstead) (excused)


THE FOLLOWING RULINGS WERE MADE:

   Counsel for the plaintiff and defendant Bank of America reported today that the principals met and that settlement proposals have been exchanged.  Counsel are optimistic that this case may be resolved in the short-term.  Meanwhile, the parties have undertaken discovery and plaintiff's counsel has executed the proposed Confidentiality Agreement.  That Agreement should be filed on ECF once it is signed by the parties, at which point I will "so order" the Agreement which will then become part of the Court docket.  Counsel were reminded that the Case Management and Scheduling Order remains in effect until such time as this Court is informed that the case has been settled.


                                        SO ORDERED

                                        /s/ A. Kathleen Tomlinson
                                        A. KATHLEEN TOMLINSON
                                        U.S. Magistrate Judge