**Wayne J. Hall Sr., Mayor**

MARYELLEN HILLMANN, Village Clerk
DEBRA URBANO-DISALVO, Village Attorney

HENRY CONYERS, Trustee
PERRY M. PETTUS, Trustee
DON RYAN, Trustee
LIVIO A. ROSARIO, Trustee



August 5, 2011

Hon. A. Kathleen Tomlinson
Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

Re: JDM Long Island LLC v.
U.S. Bank National Association
Case Number: 2:10-cv-05564-JS-AKT

Dear Magistrate Tomlinson:

I am forwarding this letter to you following notification of a Status Conference on Thursday, August 11, 2011, at 2:00 p.m., in this matter.

The Incorporated Village of Hempstead has been named a Counterclaim Defendant by U.S. Bank National Association in order "to extinguish all right, title and interest" in connection with a $500.00 judgment filed in the Village Court against plaintiff, JDM Long Island and the mortgaged property, which is the subject of this litigation (§9, "Answer and Verified Counterclaim.")

This Village has no position in this litigation and, unless we are otherwise directed by Your Honor, we do not plan to appear for said conference.

Thank you.

Very truly yours,

Herbert J. Tarares (9066)
Deputy Village Attorney

THE INCORPORATED VILLAGE OF HEMPSTEAD   99 NICHOLS COURT   P.O. BOX 32   HEMPSTEAD, NY 11551-0032
(516) 478-6429   FAX (516) 478-6711

H:\Tamres\Tax Foreclosure Answer\JDM Long Island v. U.S. Bank\ltr to Magistrate 8-5-11.doc